IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America**

               **NOTICE**

    vs.                               Case No. 2:20-CR-94-02

                                    **Judge Sarah D. Morrison**

**KWAME O. YEBOAH**

    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:      United States District Court        **COURTROOM # 132**
               Joseph P. Kinneary U.S. Courthouse
               85 Marconi Boulevard          **February 27, 2023, at 10:00 a.m.**
               Columbus, Ohio 43215

TYPE OF PROCEEDING: **SENTENCING HEARING**

**\*\*** *The following schedule is established:*
*(1) Any sentencing memorandum must be filed no later than seven days prior to sentencing. The memorandum*
*shall address the statutory sentencing factors, including any proposed variances from the guideline sentencing*
*range.*
*(2) A reply memorandum, while not necessary, shall be filed no later than three days prior to sentencing.*
*(3) Motions under 18 U.S.C. §3553(e) or U.S.S.G. §5K1.1 shall be filed at least three days prior to sentencing.*

                                               **Sarah D. Morrison**
                                               **UNITED STATES DISTRICT JUDGE**

DATE:    February 16, 2023

                                                   s/ Maria Rossi Cook
                                               (By) Maria Rossi Cook, Deputy Clerk

To: Counsel served electronically via CM/ECF
      United States Probation