Dear Honorable Judge,

I am writing this letter to first thank you for hearing my concerns before your court, I pray this finds you and your family in good health.

When I appeared before your court for my sentencing hearing on February 1st, Your Honor, you said you were considering me for self-surrender so as to be able to see an eye doctor. The U.S. government filed a motion which was put to moot and when I received a copy of your Judgement, self-surrender was not checked or check marked and nothing was mentioned about my eye issue as it had been in your honorable court which has left me in a state of confusion.

Your Honor, I wanted to humbly request to know if this was an overlook or an error because I left your honorable court with the understanding of both parties agreeing to self-surrender to the BOP after seeing an eye doctor and with conditions from Pre Trial Services.

Your Honor I understand you are very busy and I would greatly appreciate some clarity on this. Thank you for your time and attention.

Yours Sincerely,
R. Asante.
Robert Koduah Asante.

Robert Asante
Butler County Jail
705 Hanover St.
Hamilton, Ohio
45011

To:
Honorable Sarah B. Morrison
85 Marconi Blvd. Court rm #67
Columbus, Ohio
43215

CINCINNATI OH 450
14 FEB 2023 PM 5 L

43215-282399

RECEIVED
FEB 16 2023
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO